INVESTEC MANAGEMENT COMPANY, Plaintiff—Appellant,

v.

AMERICAN ECONOMY INSURANCE COMPANY; et al., Defendants—Appellees.

No. 03–56367.

United States Court of Appeals, Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* FED. R.APP. P. 34(A)(2).

Submitted May 5, 2005.*

Decided May 10, 2005.

Kenneth N. Greenfield, Kenneth N. Greenfield Law Office, San Diego, CA, for Plaintiff–Appellant.

R. Lawrence Bragg, Esq., Donald J. Deshaw Law Offices, Sacramento, CA, for Defendants–Appellees.

Before: PREGERSON, FISHER, and BYBEE, Circuit Judges.

MEMORANDUM **

Investec Management Company ("Investec") brings an insurance bad faith action against its insurer, American Economy Insurance Company, American States insurance Company, and Safeco Corporation ("Safeco"). The district court granted summary judgment to Safeco after Investec failed to file a timely opposition to Safeco's summary judgment motion. The court later denied Investec's Federal Rule of Civil Procedure 60(b)(1) motion for relief from the court's grant of summary judgment. Investec now appeals the denial of its Rule 60(b) motion. Safeco did not oppose Investec's Rule 60(b) motion below and does not oppose this appeal. In light of Safeco's nonopposition, we reverse the district court's judgment on the Rule 60(b) motion and remand for determination of the summary judgment motion on the merits.

REVERSED and REMANDED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

